UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

    Plaintiff,

vs.

ANJELICA RUBIN and
ROSE RUBIN,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Carmen Laiza Thompson, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

    Respectfully submitted this 12th day of January 2026,

                                                 s/ Patrick Brooks LaRou
                                                 Patrick Brooks LaRou, Esq.
                                                 Florida Bar No. 1039018
                                                 brooks@fairlawattorney.com
                                                 FAIRLAW FIRM
                                                 135 San Lorenzo Avenue, Suite 770
                                                 Coral Gables, Florida 33146
                                                 Telephone: (305) 230-4884
                                                 Counsel for Plaintiff