UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

    Plaintiff,

vs.

ANJELICA RUBIN AND ROSE RUBIN,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, ANJELICA RUBIN

Plaintiff, Carmen Laiza Thompson, hereby files the Return of Service on Defendant, Anjelica Rubin (served on January 12, 2026).

Respectfully submitted this 14th day of January 2026,

        s/ Patrick Brooks LaRou
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        Patrick Brooks LaRou, Esq. (1039018)
        brooks@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue, Suite 770
        Coral Gables, Florida 33146
        Telephone: (305) 230-4884
        *Counsel for Plaintiff*