## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-20126-CMA

Plaintiff:
**CARMEN LAIZA THOMPSON**

vs.

Defendant:
**ANJELICA RUBIN, AND ROSE RUBIN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 9th day of January, 2026 at 10:00 am to be served on **Anjelica Rubin, 170 Balfour Drive, Bal Harbour, FL 33154**.

I, Ernesto Avila, do hereby affirm that on the **12th day of January, 2026** at **4:20 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Anjelica Rubin** at the address of: **170 Balfour Drive, Bal Harbour, FL 33154**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Additional Information pertaining to this Service:**
1/12/2026  4:20 pm  The only way into the community is with a police escort. I had to wait 30 minutes for Police escort to the house.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000023

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a