UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20126-CIV-ALTONAGA/Reid

**CARMEN LAIZA THOMPSON**,

    Plaintiff,
v.

**ANJELICA RUBIN** and
**ROSE RUBIN**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendant, Anjelica Rubin appears to have been served. (*See* Return of Service [ECF No. 6]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendant, Anjelica Rubin shall not file a response until Defendant, Rose Rubin has been served. After Rose Rubin has been served, both Defendants shall submit a single combined response or separate answers within the time allowed for Rose Rubin to respond. Although Defendants are not required to file responses to the Complaint until all Defendants have been served, each Defendant shall file a notice of appearance within 21 days of service of the Complaint upon that Defendant; or, in the case of a natural person, a notice of intent to proceed *pro se*.

**DONE AND ORDERED** in Miami, Florida, this 16th of January, 2026.

                                                */s/ Cecilia M. Altonaga*
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record