UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

    Plaintiff,

vs.

ANJELICA RUBIN and
ROSE RUBIN,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF CLAIM

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Statement of Claim [ECF No. 8], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

Plaintiff shall file her Statement of Claim in accordance with the Court's Order entered January 13, 2026 [ECF No. 5] on or before **February 6, 2026**.

DONE AND ORDERED in Chambers this _____ day of January 2026.

                                                                                                                     _____
                                                                                                                     CECILIA M. ALTONAGA
                                                                                                                     CHIEF UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*