UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20126-CIV-ALTONAGA

**CARMEN LAIZA THOMPSON**,

    Plaintiff,

v.

**ANJELICA RUBIN** and
**ROSE RUBIN**,

    Defendants.
_____/

<u>**ORDER**</u>

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Statement of Claim [ECF No. 8].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Plaintiff shall file the statement of claim in accordance with the Court's Order entered January 13, 2026 [ECF No. 5] on or before **February 6, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of January, 2026.

                                                             */s/ Cecilia M. Altonaga*
                                                         **CECILIA M. ALTONAGA**
                                                         **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record