UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:  1:26-cv-20126

CARMEN LAIZA THOMPSON
    Plaintiff,

v.

ANJELICA RUBIN and
ROSE RUBIN
    Defendants.
_____/

**NOTICE OF APPEARANCE**

    Kenneth B. Schurr, Esq. of Schurr & Castaneda, P.A. hereby enters his appearance as counsel on behalf of the Defendants, Angelica Rubin and Rose Rubin in the above-referenced matter and requests that all future pleadings and papers in this cause be directed to the undersigned counsel.

        Respectfully Submitted,

        */s/Kenneth B. Schurr*
        Kenneth B. Schurr, Esq.
        Florida Bar No. 876100
        Schurr & Castaneda, P.A.
        2030 S. Douglas Road, Suite 105
        Coral Gables, FL 33134
        t.    305.965.1484
        f.    786.221.2720
        e.    counselken@schurrlaw.com
              kbsservice@Schurrlaw.com