UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

       Plaintiff,

vs.

ANJELICA RUBIN and
ROSE RUBIN,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 5]

Plaintiff, Carmen Laiza Thompson, hereby notifies the Court and all parties to this action that she has complied with this Court's Order Referring Case to Magistrate Judge Lisette M. Reid for Settlement Conference [ECF No. 5] by serving Defendants with a copy of the Court's Order and Plaintiff's Statement of Claim [ECF No. 11] by email to Defendants' counsel on February 6, 2026. Plaintiff does not presently possess any supporting documents responsive to the Court's Order, and therefore none were served.

Respectfully submitted this 6th day of February 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 928-4893
*Counsel for Plaintiff*

1