UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
<u>Case No.:  1:26-cv-20126</u>

CARMEN LAIZA THOMPSON
  Plaintiff,

v.

ANJELICA RUBIN and
ROSE RUBIN
  Defendants.
_____/

**AMENDED NOTICE OF APPEARANCE**

  Kenneth B. Schurr, Esq. of Schurr & Castaneda, P.A. hereby enters his appearance as counsel on behalf of the Defendant Angelica Rubin in the above-referenced matter and requests that all future pleadings and papers in this cause be directed to the undersigned counsel.

           Respectfully Submitted,

           <u>/s/Kenneth B. Schurr</u>
           Kenneth B. Schurr, Esq.
           Florida Bar No. 876100
           Schurr & Castaneda, P.A.
           2030 S. Douglas Road, Suite 105
           Coral Gables, FL 33134
           t.  305.965.1484
           f.  786.221.2720
           e.  counselken@schurrlaw.com
              kbsservice@Schurrlaw.com