UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:  1:26-cv-20126

CARMEN LAIZA THOMPSON
  Plaintiff,

v.

ANJELICA RUBIN and
ROSE RUBIN
  Defendants.
_____/

### DEFENDANT ANGELICA RUBIN'S MOTION FOR CLARIFICATION REGARDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND TO FILE ANSWER

 Defendant Angelica Rubin, by and through her undersigned counsel, hereby moves this Honorable Court for an order clarifying the deadline/timeframe to file an answer to Plaintiff's Statement of Claim and to complete settlement conference, and states:

1. On January 12, 2026, Defendant Angelica Rubin was served with Plaintiff's Complaint in this matter (ECF 6).

2. On January 13, 2026, this Court *sua sponte* issued an Order requiring Plaintiff to amend its Complaint to include additional information by January 23, 2026 (extended to February 6, 2026, see ECF 9), ordering the Defendant's response to be filed 20 days after the Amended Complaint is filed and served, and ordering the parties to schedule a settlement conference before Magistrate Judge Lisette M. Reid to occur within 14 days from the date of Defendant's Response (ECF 5).

3. However, on January 16, 2026, this Court issued an Order stating that Defendant Angelica Rubin is not required to file a response to the Complaint until Defendant Rose Rubin has

been served, at which time the Defendant's may file a combined or separate responses (ECF 7).

4. On February 4, 2026, the undersigned erroneously filed a Notice of Appearance on behalf of both Angelica Rubin <u>and</u> Rose Rubin on this matter (ECF 10). The undersigned does not represent Defendant Rose Rubin at this time, nor has Defendant Rose Rubin been served. The undersigned filed an Amended Notice of Appearance on February 17, 2026 (ECF 13).

5. Plaintiff has since filed its Amended Statement of Claim and has reached out to the undersigned to coordinate a date for the settlement conference. At that time, the error regarding the notice of appearance on behalf of Rose Rubin was communicated, Plaintiff's counsel confirmed Rose Rubin has not yet been served in this matter, the amended notice of appearance was filed, and there has since been a disagreement regarding when the response to the Amended Complaint is due as well as the deadline to complete the settlement conference, since the two deadlines are related to one another.

WHEREFORE the moving Defendant seeks an order clarifying the deadline for Defendant Angelica Rubin to respond to the amended Complaint and the deadline to complete the settlement conference.  Defendant seeks any other relief this Court deems appropriate.

Dated this day 19th day of February 2026.

                Respectfully Submitted,
                <u>/s/Kenneth B. Schurr</u>
                Kenneth B. Schurr, Esq.
                Florida Bar No. 876100
                Schurr & Castaneda, P.A.
                2030 S. Douglas Road, Suite 105
                Coral Gables, FL 33134
                counselken@schurrlaw.com
                kbsservice@Schurrlaw.com
                t.       305-441-9031

CERTIFICATE OF SERVICE

I certify that on February 19, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case:

/s/Kenneth B. Schurr
Kenneth B. Schurr, Esq.
Florida Bar No. 876100
Schurr & Castaneda, P.A.
2030 S. Douglas Road, Suite 105
Coral Gables, FL 33134
e.    counselken@schurrlaw.com
      kbsservice@Schurrlaw.com

t.    305-441-9031

CERTIFICATE OF CONFERRAL

Pursuant to Rule 7.1(a)(3), Local Rules of the Southern District of Florida, undersigned counsel has conferred with Plaintiffs' counsel who does not oppose the relief sought by this Motion.

By: /s/ Adriana Rodriguez
Adriana Rodriguez
Florida Bar No. 1054231

**SERVICE LIST**

**Brian Howard Pollock**
**Patrick Brooks LaRou**
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
brooks@fairlawattorney.com
*Counsel for Plaintiff*