UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20126-CIV-ALTONAGA/Reid

**CARMEN LAIZA THOMPSON**,

    Plaintiff,
v.

**ANGELICA RUBIN**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Angelica Rubin's Motion for Clarification . . . [ECF No. 14], filed on February 19, 2026. Defendant seeks clarification regarding the deadline for filing a response to Plaintiff, Carmen Laiza Thompson's Complaint [ECF No. 1]. (*See* Mot. 3).[1] Defendant also seeks clarification concerning the deadline by which the parties are required to complete a settlement conference before the Magistrate Judge Lisette M. Reid. (*See id.*).

On January 13, 2026, the Court entered an Order [ECF No. 5] requiring that Defendants, Angelica Rubin and Rose Rubin file a response to Plaintiff's Statement of Claim within twenty (20) days of being served with Plaintiff's Statement of Claim; and that the parties conduct a settlement conference before Magistrate Judge Reid within fourteen (14) days of Defendants' response to Plaintiff's Statement of Claim. (*See* Jan. 13, 2026 Order 2). Additionally, on January 16, 2026, the Court entered an Order [ECF No. 7] directing Angelica Rubin not to file a response to the Complaint until Rose Rubin was served, at which point "both Defendants shall submit a

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

single combined response or separate answers within the time allowed for Rose Rubin to respond." (Jan. 16, 2026 Order).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant, Angelica Rubin's Motion for Clarification . . . **[ECF No. 14]** is **GRANTED**.

2. Again, Defendant, Angelica Rubin shall not file a response to the Complaint until Defendant, Rose Rubin has been served. Once Rose Rubin has been served with the Complaint, Defendants shall submit a single combined response or separate answers within the time allowed for Rose Rubin to respond.

3. Defendant, Angelica Rubin shall not file a response to Plaintiff's Statement of Claim **[ECF No. 11]** until Defendant, Rose Rubin has been served with the Statement of Claim. Once Rose Rubin has been served with the Statement of Claim, both Defendants shall submit a combined response to the Statement of Claim within **twenty (20) days** of Rose Rubin being served. The parties shall conduct a settlement conference before Magistrate Judge Reid within **fourteen (14) days** of Defendants' response to Plaintiff's Statement of Claim.

**DONE AND ORDERED** in Miami, Florida, this 19th day of February, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record