UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

     Plaintiff,

vs.

ANJELICA RUBIN and
ROSE RUBIN,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROSE RUBIN

Plaintiff, Carmen Laiza Thompson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims against Defendant Rose Rubin only. This dismissal is made without prejudice to Plaintiff's right to refile claims against Defendant Rose Rubin at a later time if Plaintiff chooses to do so. This dismissal does not affect Plaintiff's claims against Defendant Anjelica Rubin, which remain pending.

Respectfully submitted this 17th day of March 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
