**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.:  1:26-cv-20126**

CARMEN LAIZA THOMPSON
    Plaintiff,

v.

ANJELICA RUBIN
    Defendant.

_____/

### DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Angelica Rubin, by and through her undersigned counsel, files this opposed motion for extension of time to respond to Plaintiff's Complaint, and states as follows:

1. On January 12, 2026, Defendant Angelica Rubin was served with Plaintiff's Complaint in this matter (ECF 6).

2. On January 13, 2026, this Court *sua sponte* issued an Order requiring Plaintiff to amend its Complaint to include additional information by January 23, 2026 (extended to February 6, 2026, see ECF 9), ordering the Defendant's response to be filed 20 days after the Amended Complaint is filed and served, and ordering the parties to schedule a settlement conference before Magistrate Judge Lisette M. Reid to occur within 14 days from the date of Defendant's Response (ECF 5).

3. On January 16, 2026, this Court issued an additional Order stating that Defendant Angelica Rubin is not required to file a response to the Complaint until Defendant Rose Rubin has been served, at which time the Defendant's may file a combined or separate responses (ECF 7). This timeframe was also clarified by Court Order on February 19, 2026 (ECF 15).

4. On March 17, 2026, Plaintiff filed a voluntary dismissal as to Defendant, Rose Rubin, making the Defendant's Answer to Plaintiff's Complaint due on or before April 6, 2026.

5. The undersigned represents Defendant in other unrelated matters and had initially appeared on this matter on behalf of Defendant to ensure deadlines weren't missed while Defendant searched for counsel to represent her in the instant action. Defendant is in the process of obtaining new counsel.

6. Accordingly, Defendant Angelica Rubin requests an additional 30-day extension of time to serve an Answer to Plaintiff's Amended Complaint so that Defendant can obtain new counsel and they could review the pleadings and formulate a proper response.

7. The undersigned reached out to Plaintiff's counsel regarding this motion. However, Plaintiff's counsel does not agree with the relief sought.

8. The undersigned assures the Court that this motion is made in good faith and not for purposes of delay.  Additionally, Defendant submits that Plaintiff will not be prejudiced by the extension of time requested herein.

**WHEREFORE**, Defendant Angelica Rubin respectfully requests that the Court enter an Order granting the extension requested herein.

Respectfully Submitted,

_____/s/_____
Kenneth B. Schurr, Esq.
Schurr & Castaneda, P.A.
2030 S. Douglas Road
Suite 105
Coral Gables, FL 33134
Tel.: 305-441-9031
Designated Service E-mail:
kbsservice@schurrlaw.com
counselken@schurrlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 6, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

By: /s/ Kenneth B. Schurr
Kenneth B. Schurr
Florida Bar No. 876100

## SERVICE LIST

*Counsel for Plaintiff*

**Brian Howard Pollock**
FairLaw Firm
135 San Lorenzo Ave
Suite 770
33146
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

**Patrick Brooks LaRou**
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com

## CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO AGREE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. However, Plaintiff opposes the relief sought in this motion.

By: /s/ Kenneth B. Schurr
Kenneth B. Schurr