**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20126-CIV-ALTONAGA/Reid**

**CARMEN LAIZA THOMPSON**,

     Plaintiff,

v.

**ANGELICA RUBIN**,

     Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant, Angelica Rubin's Opposed Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF No. 17], filed on April 6, 2026. Defendant requests a 30-day extension of time to answer or respond to Plaintiff, Carmen Laiza Thompson's Complaint [ECF No. 1] so that she can obtain new counsel. (*See generally* Mot.).

Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant, Angelica Rubin's Opposed Motion for Extension of Time to Respond to Plaintiff's Complaint **[ECF No. 17]** is **GRANTED in part**. Defendant has until **April 20, 2026** to file an answer or response to Plaintiff, Carmen Laiza Thompson's Complaint **[ECF No. 1]**.

2. Additionally, Defendant shall respond to Plaintiff's Statement of Claim **[ECF No. 11]** on or before **April 22, 2026** and file a notice advising she has done so by April 22, 2026. The parties shall conduct a settlement conference before Magistrate Judge Reid within **fourteen (14) days** of Defendant's response to Plaintiff's Statement of Claim, in compliance with the Court's February 19, 2026 Order **[ECF No. 15]**.

CASE NO. 26-20126-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 6th day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2