**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20126-CIV-ALTONAGA/Reid**

**CARMEN LAIZA THOMPSON**,

      Plaintiff,

v.

**ANGELICA RUBIN**,

      Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **April 22, 2026**.  In addition, by **April 22, 2026**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

      **DONE AND ORDERED** in Miami, Florida, this 8th day of April, 2026.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[1]  The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.