**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.:  1:26-cv-20126-CMA**

CARMEN LAIZA THOMPSON
     Plaintiff,

v.

ANJELICA RUBIN
     Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant Angelica Rubin, by and through her undersigned counsel, pursuant to the Court's Scheduling Order (ECF 19), identify the following interested parties:

1. Plaintiff Carmen Laiza Thompson

2. Plaintiff's counsel Brian Pollock, Esq. and Patrick LaRou, Esq.

3. Defendant Anjelica Rubin

4. Defendant's counsel Kenneth B. Schurr, Esq.

5. Richard Rubin (Defendant's Former Husband)

Defendant, Angelica Rubin discloses that there are no publicly traded corporations, parent corporations, subsidiaries, or affiliates that have an interest in the outcome of this case. Defendant will supplement or amend this disclosure if additional information becomes known during this litigation. Defendant certifies she is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 21, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

      /s/
_____

Kenneth B. Schurr, Esq.
Schurr & Castaneda, P.A.
2030 S. Douglas Road
Suite 105
Coral Gables, FL 33134
Tel.: 305-441-9031
Designated Service E-mail:
kbsservice@schurrlaw.com
counselken@schurrlaw.com

## <u>SERVICE LIST</u>

*Counsel for Plaintiff*

**Brian Howard Pollock**
FairLaw Firm
135 San Lorenzo Ave
Suite 770
33146
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com


**Patrick Brooks LaRou**
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com