UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

Plaintiff,

vs.

ANJELICA RUBIN,

Defendant.

_____/

PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning on January 18, 2027, in Courtroom 13-3 of the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128. The Calendar Call will be held at 9:30 a.m. on Wednesday, January 13, 2027. The parties shall adhere to the following schedule:

1.  Joinder of any additional parties and filing of motions to amend the complaint by — June 22, 2026

2.  Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — June 5, 2026

3.  Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — July 3, 2026

4.  Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — July 24, 2026

5.  Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — May 31, 2026

6.  Fact discovery shall be completed by                                        September 18, 2026

7.  Expert discovery shall be completed by                                      September 18, 2026

8.  Dispositive motions, including those regarding summary judgment          October 16, 2026
    and Daubert, shall be filed by

9.  Mediation shall be completed by                                             July 31, 2026

10. All pretrial motions and memoranda of law, including motions in         November 18, 2026
    limine, shall be filed by

11. Joint pretrial stipulation, proposed joint jury instructions, proposed   December 18, 2026
    joint verdict form, and/or proposed findings of fact and conclusions
    of law shall be filed by

By:

s/ Patrick Brooks LaRou                          s/ Kenneth B. Schurr
Brian H. Pollock, Esq. (174742)                  Kenneth B. Schurr, Esq.
brian@fairlawattorney.com                        Florida Bar No. 876100
Patrick Brooks LaRou, Esq. (1039018)             counselken@schurrlaw.com
brooks@fairlawattorney.com                       kbsservice@schurrlaw.com
FAIRLAW FIRM                                     SCHURR & CASTANEDA, P.A.
135 San Lorenzo Avenue, Suite 770                2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33146                      Coral Gables, Florida 33134
Telephone: (305) 230-4884                        Telephone: (305) 441-9031
Counsel for Plaintiff                            Counsel for Defendant