**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.:  1:26-cv-20126-CMA**

CARMEN LAIZA THOMPSON
     Plaintiff,

v.

ANJELICA RUBIN
     Defendant.

_____/

**DEFENDANT'S CORRECTED CERTIFICATE OF INTERESTED**
**PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Angelica Rubin, by and through her undersigned counsel, pursuant to the

Court's Scheduling Order (ECF 19), identify the following persons and entities with an interest

in the outcome of this action, as follows:

1.  **The name of each person, attorney, association of persons, firm, law firm,
partnership, and corporation that has or may have an interest in the outcome
of this action — including subsidiaries, conglomerates, affiliates, parent
corporations, publicly-traded companies that own 10% or more of a party's
stock, and all other identifiable legal entities related to *any* party in the case:**

    a)  Plaintiff Carmen Laiza Thompson

    b)  Plaintiff's counsel Brian Pollock, Esq. and Patrick LaRou, Esq.

    c)  Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff

    d)  Defendant Anjelica Rubin

    e)  Defendant's counsel Kenneth B. Schurr, Esq.

    f)  Schurr & Castaneda, P.A. – counsel for Defendant

**2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known to Defendant.

**3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known to Defendant.

**4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

None.

**5.   Check one of the following:**

_X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 22, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

_____/s/_____
Kenneth B. Schurr, Esq.
Schurr & Castaneda, P.A.
2030 S. Douglas Road
Suite 105
Coral Gables, FL 33134
Tel.: 305-441-9031
Designated Service E-mail:
kbsservice@schurrlaw.com
counselken@schurrlaw.com

## SERVICE LIST

*Counsel for Plaintiff*

**Brian Howard Pollock**
FairLaw Firm
135 San Lorenzo Ave
Suite 770
33146
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com


**Patrick Brooks LaRou**
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
305-928-4893
Email: brooks@fairlawattorney.com