UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

    Plaintiff,

vs.

ANJELICA RUBIN

    Defendant.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Katelyn Schickman, Esq. of the FairLaw Firm hereby notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Carmen Laiza Thompson, and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

Respectfully submitted this 7th day of May 2026,

s/ Katelyn Schickman
Katelyn Schickman, Esq.
Florida Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*