UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

      Plaintiff,

vs.

ANJELICA RUBIN and
ROSE RUBIN,

      Defendants.

                           /

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Plaintiff, Carmen Laiza Thompson, files this Amended Statement of Claim based on the information known to her, and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

### *Information Requested by the Court*

1.      Plaintiff does not have all of the time and pay records from her employment at this time, and so she must estimate the hours she worked, the pay she received for those hours, and the corresponding wages due.

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

2.      Plaintiff prepared this Statement of Claim with the assistance of counsel.

3.      Plaintiff estimates that she is owed **$2,625.00** in unpaid overtime wages.

4.      Plaintiff calculated her estimate of unpaid overtime wages as follows:

| Dates Worked | Hours Worked | Regular Rate of Pay | Overtime Rate of Pay | Overtime Wages Owed |
|---|---|---|---|---|
| Jan. 9, 2023 - Jan. 15, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 16, 2023 - Jan. 22, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 23, 2023 - Jan. 29, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 30, 2023 - Feb. 5, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 6, 2023 - Feb 12, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 13, 2023 - Feb. 19, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 20, 2025 - Feb. 26, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 27, 2023 - Mar. 5, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Mar. 6, 2023 - Mar. 12, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Mar. 13, 2023 - Mar. 19, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Mar. 20, 2023 - Mar. 26, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |

2

| | | | | |
|---|---|---|---|---|
| Mar. 27, 2023 - Apr. 2, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Apr. 3, 2023 - Apr. 9, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Apr. 10, 2023 - Apr. 16, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Apr. 17, 2023 - Apr. 23, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Apr. 24, 2023 - Apr. 30, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| May 1, 2023 - May 7, 2023 | 42 | $30.00/hour | $15.00/hour | $30 |
| May 8, 2023 - May 14, 2023 | 42 | $30.00/hour | $15.00/hour | $30 |
| May 15, 2023 - May 21, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| May 29, 2023 - June 4, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| June 26, 2023 - July 2, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| July 3, 2023 - July 9, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| July 31, 2023 - Aug. 6, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Aug. 7, 2023 - Aug. 13, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Aug. 14, 2023 - Aug. 20, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

| | | | | |
|---|---|---|---|---|
| Aug. 21, 2023 - Aug. 27, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Aug. 28, 2023 - Sept. 3, 2023 | 41 | $30.00/hour | $15.00/hour | $15 |
| Sept. 4, 2023 - Sept. 10, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Sept. 11, 2023 - Sept. 17, 2023 | 42 | $30.00/hour | $15.00/hour | $30 |
| Sept. 18, 2023 - Sept. 24, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Sept. 25, 2023 - Oct. 1, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Oct. 9, 2023 - Oct. 15, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Oct. 23, 2023 - Oct. 29, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Oct. 30, 2023 - Nov. 5, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Nov. 6, 2023 - Nov. 12, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Nov. 13, 2023 - Nov. 19, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Nov. 20, 2023 - Nov. 26, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Nov. 27, 2023 - Dec. 3, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Dec. 4, 2023 - Dec. 10, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |

4

| | | | | |
|---|---|---|---|---|
| Dec. 11, 2023 - Dec. 17, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Dec. 18, 2023 - Dec. 24, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Dec. 25, 2023 - Dec. 31, 2023 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 1. 2024 - Jan. 7, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 8, 2024 - Jan. 14, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 15, 2024 - Jan. 21, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 22, 2024 – Jan. 28, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Jan. 29, 2024 – Feb. 4, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 5, 2024 – Feb. 11, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 12, 2024 - Feb. 18, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Feb. 19, 2024 - Feb. 25, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Mar. 11, 2024 - Mar. 17, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| Mar. 18, 2024 - Mar. 24, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| April 1, 2024 - April 7, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

| April 15, 2024 - April 21, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
|---|---|---|---|---|
| April 22, 2024 - April 28, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| April 29, 2024 - May 5, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| May 6, 2024 - May 12, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| May 13, 2024 - May 19, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| May 20, 2024 - May 26, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |
| May 27, 2024 - June 2, 2024 | 43 | $30.00/hour | $15.00/hour | $45 |

5. Plaintiff is claiming that she is owed overtime wages for work she performed **between January 8, 2023 and June 2, 2024**.

6. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid overtime wages, plus reasonable attorneys' fees and costs pursuant to the FLSA.

7. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

8. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

9.      This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 8th day of May 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*