UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

     Plaintiff,

vs.

ANJELICA RUBIN,

     Defendant.

_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Lisette M. Reid) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 11th day of May 2026.


s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff

s/Kenneth B. Schurr, Esq.
Kenneth B. Schurr, Esq.
Fla. Bar No.: 876100
counselken@schurrlaw.com
Schurr & Castaneda, P.A.
2030 Douglas Rd Suite 105, Miami, FL 33134
(305) 965-1484
Counsel for Defendant