**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20126-CV-ALTONAGA/Reid**

**CARMEN LAIZA THOMPSON**,

> Plaintiff,

v.

**ANJELICA RUBIN**, *et al.*,

> Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon the parties' Joint Consent to U.S. Magistrate Judge Jurisdiction [ECF No. 34], filed on May 11, 2026.  Being fully advised, it is

**ORDERED AND ADJUDGED** that this case is **REFERRED** to United States Magistrate Judge Lisette M. Reid, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. section 636(c) and Federal Rule of Civil Procedure 73.  All papers filed in this matter shall bear the caption **CASE NO. 26-20126-CIV-Reid**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of May, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record