UNITED STATES DISTRICT COURT
S.D. Florida - Miami OF FLORIDA

CASE NO.: 1:26-CV-20126-ALTONAGA/REID

CARMEN LAIZA THOMPSON,

      Plaintiff,

vs.

ANJELICA RUBIN,

      Defendants.

_____/

## **NOTICE OF SETTLEMENT**

      Plaintiff, Carmen Laiza Thompson, notifies the Court that the parties have settled their dispute and are in the process of finalizing and executing the written Settlement Agreement. The Parties continue to work in good faith toward execution of the Settlement Agreement.

      Dated this 15th day of May 2026.

> Katelyn Schickman, Esq.
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> Katelyn Schickman, Esq. (1064879)
> katie@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:    305.230.4884
> *Counsel for Plaintiff*