UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20126-LMR

CARMEN LAIZA THOMPSON,

     Plaintiff,

v.

ANJELICA RUBIN,

     Defendant.

                         /

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Notice of Settlement indicating that the parties are in the process of finalizing and executing a written Settlement Agreement. *See* [ECF No. 36]. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled action is **ADMINISTRATIVELY CLOSED** without prejudice to the parties to submit a final executed settlement agreement to the Court for final approval and dismissal of this action within **thirty (30) days** of the date of this Order.[1]

**DONE AND ORDERED** this 20th day of May, 2026.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc. Counsel of Record

---

[1] The final Settlement Agreement should be emailed to Chambers at reid@flsd.uscourts.gov.

1