UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20126-REID

CARMEN LAIZA THOMPSON,

      Plaintiff,

vs.

ANJELICA RUBIN,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO RESUME SETTLEMENT CONFERENCE AND EXTEND DEADLINE TO
SUBMIT FINAL EXECUTED SETTLEMENT AGREEMENT**

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion to Resume Settlement Conference and Extend Deadline to Submit Final Executed Settlement Agreement, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Unopposed Motion to Resume Settlement Conference and Extend Deadline to Submit Final Executed Settlement Agreement is GRANTED.

2. The Court shall schedule a resumed Settlement Conference at a date and time to be set by separate notice.

3. The deadline for the parties to submit their fully executed Settlement Agreement for Court approval is EXTENDED through a reasonable period to be determined by the Court following the resumed Settlement Conference, unless otherwise ordered by the Court.

4.      The parties shall continue to confer in good faith regarding the remaining issues

necessary to finalize the Settlement Agreement.

DONE AND ORDERED in Chambers on this _____ day of _____ 20__.

_____

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

*Copies furnished to all counsel of record*