UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20126-LMR

CARMEN LAIZA THOMPSON,

     Plaintiff,

v.

ANJELICA RUBIN,

     Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND ENTRY OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court following multiple settlement conferences and a fairness hearing conducted before the undersigned. [ECF Nos. 32, 33, 41, 43]. The Parties have settled their dispute, executed a Settlement Agreement (the "Agreement"), and provided the undersigned with a copy of the executed Agreement. The Agreement is signed by both Plaintiff and Defendant and is dated July 29, 2026, and July 30, 2026, respectively.

This case involves claims of unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutinize the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). A settlement entered in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, after reviewing the case, discussing the issues extensively with the parties and their counsel, the undersigned finds there is a bona fide legal and factual dispute. The Court has reviewed the terms of the Agreement and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Therefore, it is **ORDERED AND ADJUDGED** that the Parties' signed and executed Agreement, dated July 29, 2026, and July 30, 2026, is hereby **APPROVED**, and the case be **DISMISSED WITH PREJUDICE** with the Court retaining jurisdiction for **FORTY-FIVE DAYS** to enforce the terms of the Agreement. The case shall remain **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** this 31st day of July, 2026.

                                            _____

                                            LISETTE M. REID

                                            UNITED STATES MAGISTRATE JUDGE